## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **DANIEL REEDER,** <br> Plaintiff | **CIVIL DOCKET NO. 1:19-CV-00807** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SGT. "HOSS" DUCOTE, ET AL** <br> Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## **J U D G M E N T**

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 117], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend [ECF No. 75] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 10th day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE