**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DANIEL REEDER,** Plaintiff | **CIVIL DOCKET NO. 1:19-CV-00807** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SGT. "HOSS" DUCOTE, ET AL** Defendants | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 124], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Defendant's Motion for Partial Summary Judgment [ECF No. 69] is GRANTED.

IT IS FURTHER ORDERED that, to the extent asserted, the following claims are DISMISSED WITH PREJUDICE: (1) any claim against Ducote in his official capacity; (2) any independent claim under the PREA; and (3) any independent claim under negligence per se.

IT IS FURTHER RECOMMENDED that Defendant's request for attorney's fees [ECF No. 69] under 42 U.S.C. § 1988 is DENIED.

THUS, DONE AND SIGNED in Chambers on this 12th day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE